IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-10550-HH

JEREMY JOHN WELLS,

          Plaintiff - Appellant,

versus

WARDEN,
CLIFFORD BROWN,
Unit Manager,
FNU FLUKER,

          Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Georgia

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION